STATE OF NEW JERSEY v. WARREN FRANK HOUSER.

December 19, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. CLYDE DUNCAN.

December 19, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. JERRY A. TRONOLONE.

December 19, 1978. Petition for certification denied.

CLEAR TELEVISION CABLE CORP. v.
BD. OF PUBLIC UTILITY COMMISSIONERS.

December 19, 1978. Petition for certification granted. (See 162 *N. J. Super.* 84)

CLEAR TELEVISION CABLE CORP. v.
BD. OF PUBLIC UTILITY COMMISSIONERS.

December 19, 1978. Cross-petitions for certification granted. (See 162 *N. J. Super.* 84)

STATE OF NEW JERSEY v. ANTONIO LEACH.

December 19, 1978. Petition for certification denied.